UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case 7:14-cv-07758-VB   Document 10   Filed 10/27/14   Page 1 of 1

Index Number: 14Civ.7758
Date Filed:
Court/Return Date:

Keybank National Association

*Plaintiff*

vs

Parlay Management, LLC, Jeffrey E. Phillips, Jason G. Krantz, Brian Nelson, Wells Fargo & Company, M&T Bank, and Selective Insurance Group, Inc.

*Defendant*

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF WESTCHESTER, SS.:

__Michael Rokicsak__, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On __October 7, 2014__, at __10:49 AM__ at __254 South Main St., New City, NY 10956__, Deponent served the within Summons; Complaint (CIVIL ACTION) CIVIL COVER SHEET, RULE 7.1 DISCLOSURE STATEMENT

On: __Brian Nelson__, __Defendant__ therein named, ( hereinafter referred to as "subject").

☐ #1 INDIVIDUAL
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ #2 ENTITY/CORPORATION/LLC/LLP
By delivering to and leaving with said individual to be who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☒ #3 SUITABLE AGE PERSON
By delivering thereat a true copy of each to JANE DOE (Secretary) (REFUSED NAME) (CO-WORKER) a person of suitable age and discretion. Said premises is subject's:
[X] actual place of business / employment   [ ] dwelling house (usual place of abode) within the state.

☐ #4 AFFIXING TO DOOR
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☒ #5 MAILING
On October 14, 2014, service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ #6 DESCRIPTION
Sex: Female   Color of skin: White   Color of hair: White   Age: 51-65
Height: 5ft0in-5ft3in   Weight: 131-160 Lbs.   Other Features:

☐ #7 WITNESS FEES
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ #8 MILITARY SERVICE
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ #9 OTHER

Sworn to before me on October 14, 2014

_Sherese Wright_
Sherese Wright
NOTARY PUBLIC STATE OF New York
No. 01WR6292735; Qualified in Westchester County
Commission Expires November 4th 2017

_Michael Rokicsak_
Process Server, Please Sign
Michael Rokicsak
Job #: 1430142   Lic#
Client's File No.:

NYS FINEST INC   PO BOX 203   CARLE PLACE, NY 11514