# AFFIDAVIT OF SERVICE ON A CORPORATION

State of: New York  
Court: U.S. District

County of:  
Index #:  
Date Purchased:

CASE NO. Southern District 14 CIV.1158

**Plaintiff/Petitioner:**  
Keybank National Association

**Defendant/Respondent:** vs:  
Parlay Management, LLC, et. al.

State of: NY  
County of: Niagara

John M. Celano, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at: Getzville, NY that on: **9/30/2014** at: **1:02pm** at: 1100 Wehrle Drive, Williamsville, NY 14221 deponent served the within:

**Summons in a Civil Action; Complaint**, CIVIL COVER SHEET, RULE 7.1 DISCLOSURE STATEMENT

* 14 CIV.1158
* Return Date if any:

ON: **M&T Bank**

**CORPORATION** [x]  A corporation, by delivering thereat a true copy of each to: Donna Koontz personally, deponent knew said corporation so served to be the corporation, described in same as Defendant and knew said individual to be: Supervisor Legal Document Processing, MANAGING AGENT/AUTHORIZED thereof an authorized person to accept service of process.

**DESCRIPTION** [x]  SEX: Female,  SKIN COLOR: White,  AGE: 36 - 50 Yrs.,  HEIGHT: 5'0" - 5'3",  
HAIR COLOR: Blonde,  WEIGHT: 131 - 160 Lbs.,  
Other identifying features:

**WITNESS FEE** [ ]  $   the authorizing traveling expenses and one day's witness fee was paid(tendered) to the Defendant.

Sworn to before me on this: 10/1/2014

_Notary Public_

FRANCESCA RAE LAPERTOSA  
Notary Public, State of New York  
No. 01LA6290741  
Qualified in Erie County  
Commission Expires October 7, 2017

ss  
Print name below signature  
John M. Celano

NYS FINEST PO BOX 203 CARLE PLACE, NY 11514  
(516) 997-9252  
Client File#: