WONG FLEMING
821 ALEXANDER RD STE 200
PRINCETON, NJ 08540
609-951-5200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEYBANK NATIONAL ASSOCIATION,

                Plaintiff,

-against-

PARLAY MANAGEMENT, LLC, ET AL,

                Defendants,

CIVIL ACTION NO: 14 CIV 7758

AFFIDAVIT OF SERVICE

Nassau County, New York State: **JOHN CLEERE**
Being sworn says: Deponent is not a party herein, is over 18 years of age and resides in
**NEW YORK STATE**
On **OCTOBER 1, 2014** at **12:50 PM** at **204 WEST 84TH STREET 1ST FL NEW YORK, NY 10024**
Deponent served the within **SUMMONS AND COMPLAINT, CIVIL COVER SHEET, RULE 7.1 DISCLOSURE STATEMENT** (CIVIL ACTION)
On which were set forth the Civil Action No., herein,
On **JASON G. KRANTZ**

**Suitable age Person {XXX}**   by delivering a true copy to **DAISY CORDARO –CO-WORKER** a person of suitable age and discretion. Said premises is recipient's:
   {XXX} actual place of business    { } dwelling place/usual place of abode

**Mailing {XXX}**   Deponent also mailed a copy of same Post Paid by first class mail properly addressed to defendant(s) at the aforementioned address in an envelope marked "Personal and Confidential" and not indicating that the communication was from an attorney or concerned an action against the defendant(s) and deposited said envelope in a post office official depository under exclusive care and custody of the United States Postal Service within New York State on **October 2, 2014**

**Description {XXX}**   Sex: **FEMALE**   Color/Skin: **WHITE**   Hair: **RED**   Age (approx): **30-35 yrs**
Height (approx): **5'4"-5'6"**   Weight (approx): **145-155 LBS**   Other:

**Military Service {XXX}**   I asked the person to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Sworn to before me on October 2, 2014

MAUREEN A. LETTAU
Notary Public, State of New York
NO. 01LE6069760
Qualified in Nassau County
Commission Expires February 11, 2018

JOHN CLEERE

NY'S FINEST, INC   PO BOX 203   CARLE PLACE, NY 11514
(516) 997-9252