20140927072434

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

SERVICE OF: **SUMMONS AND COMPLAINT, DISCLOSURE STATEMENT, CIVIL COVER SHEET**
EFFECTED (1) BY ME: **DIANE MEZEJEWSKI**
TITLE: **PROCESS SERVER**
DATE: **9/29/2014 12:50:58 PM**

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

SELECTIVE INSURANCE GROUP, INC.

Place where served:

40 WANTAGE AVENUE   BRANCHVILLE NJ 07826

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ROSEANNE NALDI

Relationship to defendant   **MANAGING AGENT**

Description of Person Accepting Service:

SEX: F   AGE: 51-65   HEIGHT: 5'0"-5'3"   WEIGHT: 100-130 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

### STATEMENT OF SERVER

TRAVEL $ _____.____     SERVICES $ _____.____     TOTAL $ _____.____

---

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10 / 6 / 2014   _____ L.S.
SIGNATURE OF DIANE MEZEJEWSKI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: DANIEL C. FLEMING, ESQ.
PLAINTIFF: KEYYBANK NATIONAL ASSOCIATION
DEFENDANT: PARLAY MANAGEMENT, LLC, ET AL
VENUE: DISTRICT
DOCKET: 14 CIV 7758
COMMENT:

KIMBERLY GROTE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec 18 201?